```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    OCT 3 0 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-8350-PCT-SPL (BSB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(7)<br>(CIR - Domestic Assault Resulting in Substantial Bodily Injury)<br>Counts 1 and 5 |
| Bruce Robertson, | 18 U.S.C. §§ 1153 and 113(a)(7)<br>(CIR - Assault of Person Under the Age of 16 Resulting in Substantial Bodily Injury)<br>Counts 2 and 6 |
| Defendant. | 18 U.S.C. § 1153 and<br>A.R.S. §§ 13-3623(A), 13-701, 13-702, and 13-705<br>(CIR - Child Abuse)<br>Counts 3 and 7 |
|  | 18 U.S.C. §§ 1153, 3559, and 113(a)(3)<br>(CIR - Assault with a Dangerous Weapon)<br>Count 4 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### COUNT ONE

On or about August 6, 2015, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, did intentionally, knowingly and recklessly assault the victim, V.J., who was a spouse, intimate partner and a dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT TWO

On or about August 6, 2015, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, did intentionally, knowingly and recklessly assault the victim, John Doe, a child under the age of 16, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT THREE

On or about August 6, 2015, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, under circumstances likely to produce death or serious physical injury, intentionally, knowingly, and recklessly caused John Doe, a child under the age of 15 years, to suffer physical injury and, having the care and custody of the child, caused and permitted the person and health of the child to be injured, and caused and permitted the child to be placed in a situation where the person or health of the child was endangered.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes Sections 13-3623(A), 13-701, 13-702 and 13-705.

## COUNT FOUR

On or about August 6, 2015, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, did intentionally and knowingly assault the victim, John Doe, a child under the age of 18 years, with a dangerous weapon, that is, a Concho-style belt, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 3559, and 113(a)(3).

## COUNT FIVE

Between on or about September 22, 2016, and September 23, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, did intentionally, knowingly and recklessly

assault the victim, V.J., who was a spouse, intimate partner and a dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT SIX

Between on or about September 22, 2016, and September 23, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, did intentionally, knowingly and recklessly assault the victim, John Doe, a child under the age of 16, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT SEVEN

Between on or about September 22, 2016, and September 23, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRUCE ROBERTSON, an Indian, under circumstances likely to produce death or serious physical injury, intentionally, knowingly, and recklessly caused John Doe, a child under the age of 15 years, to suffer physical injury and, having the care and custody of the child, caused and permitted the person and health of the child to be injured, and caused and permitted the child to be placed in a situation where the person or health of the child was endangered.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes Sections 13-3623(A), 13-701, 13-702 and 13-705.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 30, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
WILLIAM G. VOIT
Assistant U.S. Attorney